JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>               Plaintiff,<br><br>    v.<br><br>VNF PROPERTIES, LLC, et al.,<br><br>               Defendants. | Case No.  EDCV 18-1273-GW(KKx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

      IT IS SO ORDERED.

Dated: February 22, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE